UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOYCE CARRICO, Individually and On
Behalf of All Others Similarly Situated

        Plaintiff,     22-CV-8676 (VSB)

    -against-         **ORDER**

LESSEREVILL – REDD LLC,

        Defendant.
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: March 1, 2023
    New York, New York

                      *[signature]*
                      Vernon S. Broderick
                      United States District Judge